**00–1612.   State v. Dixon.**
Trumbull App. No. 99–T–0085. On motion for leave to file delayed appeal. Motion denied.
   MOYER, C.J., and PFEIFER, J., dissent.

**00–1645.   Howard v. Spore.**
Lucas App. No. L–00–1179. On motion for stay of court of appeals' judgment. Motion denied.

**00–1659.   State v. Johnson.**
Hamilton App. Nos. C–990397 and C–990399. On motion for leave to file delayed appeal. Motion denied.
   PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**00–1665.   State v. King.**
Hamilton App. No. C–990716. On motion for leave to file delayed appeal. Motion denied.
   MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**00–1671.   State v. Walker.**
Ross App. No. 99CA2494. On motion for leave to file delayed appeal. Motion denied.
   MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**00–1678.   State v. Jackson.**
Miami App. No. 99CA36. On motion for leave to file delayed appeal. Motion denied.
   MOYER, C.J., and PFEIFER, J., dissent.

## DISCRETIONARY APPEALS ALLOWED

**00–1161.   Bernad v. Lakewood.**
Cuyahoga App. No. 75684.
   PFEIFER and COOK, JJ., dissent.
   RESNICK, J., not participating.

**00–1210.   Dykes v. Gayton.**
Franklin App. No. 99AP–1073.
   MOYER, C.J., and COOK, J., dissent.

**00–1214.   Andersen v. Highland House Co.**
Cuyahoga App. No. 75769.
   MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**00–1224.   Steinbach v. State Farm Mut. Auto. Ins. Co.**
Licking App. No. 99CA00064. Discretionary appeal allowed and cause held for the decision in 00–745 and 00–801, *Littrell v. Wigglesworth*, Butler App. Nos. CA99–05–092 and CA99–08–141; briefing schedule stayed.
   MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**00–1267.   Complete Gen. Constr. Co. v. Ohio Dept. of Transp.**
Franklin App. No. 98AP–1619.
   F.E. SWEENEY and PFEIFER, JJ., dissent.
   COOK, J., not participating.

**00–1274.   Polen v. Baker.**
Pickaway App. No. 99CA34.
   RESNICK and LUNDBERG STRATTON, JJ., dissent.